# EXHIBIT
# A

Case 1:22-cv-01617-LMM   Document 26-1   Filed 11/11/22   Page 2 of 6

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**20-A-04930-4**
**10/31/2022 2:17 PM**
TIANA P. GARNER, CLERK

# SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

Gail Taylor,

    Plaintiff,

v.

Mystery Ship, LLC, a Georgia limited liability company, Myra Nix, Andrea Johns, and Trina Marie Hill

    Defendants.

Civil Action

File Number: 20-A-04930-4

## VERDICT FORM

**PLAINTIFF'S CLAIM FOR CONVERSION**

1. Is the following named Defendant liable for conversion? :

    a.  Mystery Ship, LLC        Yes _____   No __X__

    b.  Myra Nix                  Yes _____   No __X__

    c.  Andrea Johns            Yes _____   No __X__

    d.  Trina Marie Hill         Yes _____   No __X__

**If you answered YES as to liability of <u>ANY</u> of the Defendants in (1), please move on to question 2.**

**If you answered NO as to liability of <u>ALL</u> of the Defendants in (1), please move on to question 5.**

2.    Defendant(s) are required to return all items included in Exhibit 21 to Plaintiff excepting:_____
_____

(Exception may be left blank if all items included in Exhibit 21 are to be returned to Plaintiff)

3. We the jury find that Defendant(s) Mystery Ship, LLC, Defendant Myra Nix, Defendant Andrea Johns, and/or Defendant Trina Marie Hill are liable to Plaintiff Gail Taylor for conversion in the following amounts:

Nominal damages against:

(1) Mystery Ship, LLC, individually in the amount of $_____

(2) Myra Nix, individually, in the amount of $_____

(3) Andrea Johns, individually, in the amount of $_____

(4) Trina Marie Hill, individually in the amount of $_____ OR

(5) Against all Defendants jointly and severally in the amount of $_____

4. We the jury find that attorneys' fees are granted to Gail Taylor on her claim for conversion against the following:

**(Please Answer "Yes" or "No" to Each)**

(1) Mystery Ship, LLC _____

(2) Myra Nix, individually _____

(3) Andrea Johns, individually _____

(4) Trina Marie Hill, individually _____

(5) Against all Defendants jointly and severally _____

**PLAINTIFF'S CLAIM FOR THEFT OF LOST OR MISLAID PROPERTY**

5. **IN THE ALTERNATIVE,** is the following named Defendant liable for theft of lost or mislaid property? :

    a. Mystery Ship, LLC            Yes _____ No ___X___

    b. Myra Nix                       Yes _____ No ___X___

    c. Andrea Johns                Yes _____ No ___X___

    d. Trina Marie Hill            Yes _____ No ___X___

**PLEASE CONTINUE TO PAGE 3**

**If you answered YES as to liability of <u>ANY</u> of the Defendants in (5), please move on to question 6.**

**If you answered NO as to liability of <u>ALL</u> of the Defendants in (5), please move on to question 9.**

6.  Defendant(s) are required to return all items included in Exhibit 21 to Plaintiff excepting:_____

_____

(Exception may be left blank if all items included in Exhibit 21 are to be returned to Plaintiff).

7. We the jury find that Defendant(s) Mystery Ship, LLC, Defendant Myra Nix, Defendant Andrea Johns, and/or Defendant Trina Marie Hill are liable to Plaintiff Gail Taylor for theft of lost or mislaid property in the following amount:

a. <u>Nominal damages against</u>:

(1) Mystery Ship, LLC, individually in the amount of $_____

(2) Myra Nix, individually, in the amount of $_____

(3) Andrea Johns, individually, in the amount of $_____

(4) Trina Marie Hill, individually in the amount of $_____   OR

(5) Against all Defendants jointly and severally in the amount of $_____

8. We the jury find that attorneys' fees are granted to Gail Taylor on her claim for theft of lost or mislaid property against the following:

**(Please Answer "Yes" or "No" to Each)**

(1) Mystery Ship, LLC _____

(2) Myra Nix, individually _____

(3) Andrea Johns, individually _____

(4) Trina Marie Hill, individually _____

(5) Against all Defendants jointly and severally _____

**PLEASE CONTINUE TO PAGE 4**

**PLAINTIFF'S CLAIM FOR UNJUST ENRICHMENT.**

9. Is the following named Defendant liable for unjust enrichment? :

    a. Mystery Ship, LLC          Yes _____   No __X__

    b. Myra Nix                   Yes _____   No __X__

    c. Andrea Johns               Yes _____   No __X__

    d. Trina Marie Hill           Yes _____   No __X__

**If you answered YES as to liability of <u>ANY</u> of the Defendants in (9), please move on to question 10.**

**If you answered NO as to liability of <u>ALL</u> of the Defendants in (9), please move on to question 11.**

10. We the jury find that Defendant(s) Mystery Ship, LLC, Defendant Myra Nix, Defendant Andrea Johns, and/or Defendant Trina Marie Hill are liable to Plaintiff Gail Taylor for unjust enrichment in the following amount:

a. <u>Nominal damages against</u>:

(1) Mystery Ship, LLC, individually in the amount of $_____

(2) Myra Nix, individually, in the amount of $_____

(3) Andrea Johns, individually, in the amount of $_____

(4) Trina Marie Hill, individually in the amount of $_____ OR

(5) Against all Defendants jointly and severally in the amount of $_____.

**PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES**

11. We the jury find that punitive damages should _____ or should not __X__ be awarded to Plaintiff in this case.

**If your response is in the affirmative, please move to question 12. If your answer is negative, please move on to question 13.**

12.    We the jury find that punitive damages should be awarded in favor of Plaintiff and against the following named Defendant(s):

    a. Mystery Ship, LLC          Yes _____   No _____

    b. Myra Nix                                    Yes_____  No _____

    c. Andrea Johns                           Yes _____  No _____

    d. Trina Marie Hill                      Yes_____  No _____

**DEFENDANT MYSTERY SHIP, LLC'S CLAIM FOR TORTIOUS INTERFERENCE**

13. We the jury find that Gail Taylor is_____ or is not \_\_\_\_**X**\_\_\_\_ liable to Mystery Ship, LLC for tortious inference with business relations.

**If your response is in the affirmative, please move to question 14.  If your answer is negative, your verdict form is complete and you may provide it to the foreperson for signature.**

14. We the jury find Gail Taylor is liable for tortious interference in the following amount:

a. Actual damages in the amount of $_____

b. Nominal damages in the amount of $_____

c. We the jury find that attorneys' fees should _____ or should not _____ be awarded in favor of the Defendants against Gail Taylor on their claim for tortious interference with business relations.

15. We the jury find that punitive damages should _____ or should not _____ be awarded in favor of Mystery Ship, LLC and against Gail Taylor in this case.

### YOUR VERDICT FORM IS NOW COMPLETE

This \_\_\_\_29\_\_\_\_ day of October, 2022.

*[signature]*
**Foreperson**